ACCEPTED
04-15-00693-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/4/2015 2:57:46 PM
KEITH HOTTLE
CLERK

04-15-00693-CV

## NO. 2013-CI-00007

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| TERESITA CUTLER | § | 166TH JUDICIAL DISTRICT |
| AND | § | |
| ERNEST EUGENE CUTLER | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/4/2015 2:57:46 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

This Notice of Appeal is filed by Teresita Cutler, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.   This notice is being filed by Teresita Cutler. The trial court, cause number, and style of this case are as shown in the caption above.

2.   The judgment or order appealed from is anticipated to be signed on or about July 1, 2015.

3.   Teresita Cutler desires to appeal from that portion of the order denying her request to declare the marriage void, and from that portion of the order dividing the purported marital estate.

4.   This appeal is being taken to the Fourth Court of Appeals.

Respectfully submitted,

JAMIE GRAHAM & ASSOCIATES, PLLC
310 S. St. Mary's St., Suite 845
San Antonio, Texas 78205
Tel: (210) 308-6448
Fax: (210) 308-5669

By: _____
Sarah Anne Lishman
State Bar No. 24086267
sarahanne@jamiegrahamlaw.com
Attorney for Petitioner


FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 JUN 23 P 2:28
BY_____ DEPUTY

*Notice of Appeal: Cutler*

*Page 1*

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with Rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Ernest Eugene Cutler
Lead attorney: Edward P. Piker, Jr.
Address of service: 315 S. Main Avenue
San Antonio, Texas 78204
Method of service: Via Facsimile
Date of service: June 22, 2015

Sarah Anne Lishman
Attorney for Petitioner